Rev. 10/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:  **Lionel Tewayne Jones**  Case No. **14-70112**

Debtor(s)  Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN  ☐ AMENDED PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

### Plan Summary

A. The Debtor's Plan Payment is scheduled at **Variable Payments** for **60 months** months ☐ Pay Order, ☑ Direct Pay. The gross amount to be paid into the plan is **$162,745.00**.

B. The Plan proposes to pay in full all allowed priority, special class, secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section III hereof, and approximately **23%** of the unsecured allowed claims. **THIS PLAN DOES NOT ALLOW CLAIMS. You must file a proof of claim to receive distributions under any Plan that may be confirmed.**

C. The value of Debtor's non-exempt assets is **$0.00**.

D. Debtor's current monthly income of **$7,554.78**, less monthly expenses of **$5,759.00** equals **$1,795.78**, which is the amount available monthly for the Plan.

E. The total amount to be paid into the Plan shall be increased for tax refunds as set forth in the Standing Order for Chapter 13 Case Administration in this Division. These additional receipts shall be disbursed according to the provisions of the Plan.

### Plan Provisions

### I. Vesting of Estate Property

Upon confirmation of the plan, all property of the estate shall not vest in the Debtor and shall remain as property of the estate subject to the automatic stay of 11 U.S.C. Section 362.

### II. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. Section 1322(b)(7) of the Bankruptcy Code, Debtor hereby elects to assume the following executory contracts, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

Pursuant to 11 U.S.C. Section 1322(b)(7) of the Bankruptcy Code, Debtor hereby elects to reject the following executory contracts, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| Any Creditor with Arbitration Agreement | Debtors specifically rejects any contractual provisions relating to claim arbitration for any | Rejected | No |

### III. Specific Treatment for Payment of Allowed Claims

**1. Direct Payments by Debtor to Creditors; Surrender of Collateral.**

A. Debtor shall pay the following creditors directly:

| Creditor Name | Remarks | Debt Amount | Monthly Payment |
|---|---|---|---|
| Gateway Mortgage Grp | See Attached Pro Forma | $225,000.00 | $1,711.00 |

B. Debtor shall surrender the following collateral:

| Creditor Name / Collateral Surrendered | Remarks | Debt Amount |
|---|---|---|

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

Rev. 10/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Lionel Tewayne Jones**　　　　　　　　　　　　　　　Case No. **14-70112**

　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN　　☐ AMENDED PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

---

**2. PAYMENTS BY TRUSTEE**

　　A. Administrative Expenses (including Attorney's fees)
　　　*The Trustee shall receive up to 10% of all sums received.*

| Creditor | Estimated Amount of Debt | Payment Method: 1. Before 2. After 3. Along with secured creditors | Remarks |
|---|---|---|---|
| Alvaro Martinez, Jr. | $2,250.00 | Along With | $750 after confirmation, $250 per month thereafter. |

　　B. Arrearage Claims - Direct Pay Creditors

| Creditor / Collateral | Est. Claim | Est. Value of Collateral | Mon. Pmt. or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks |
|---|---|---|---|---|---|---|
| Gateway Mortgage Grp 602 Wagner Dr, Midland, TX 79706 | $2,413.00 | $2,413.00 | Pro-Rata | 0% | $2,413.00 | See Attached Pro Forma. |

　　C. Secured Creditors; MOTIONS TO VALUE COLLATERAL

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in this Section, plus interest thereon at the rate specified in this Plan. **Failure of the secured creditor to object to the Plan will be deemed acceptance of the Plan under 11 U.S.C. Section Section 1325(a)(5)(A).** Except for secured claims for which provision is made to pay the full amount of the claim notwithstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral indicated shall be treated as an unsecured claim under Section III(2)(E).

Unless otherwise ordered by the Court upon objection to the Plan, the payments provided herein for secured creditors shall be deemed to provide adequate protection to such creditors during the term of the Plan.

Debtor moves to value collateral described below in the amounts indicated. Debtor affirms that the values as stated in the Plan for the secured debt are accurate and to the best of Debtor's knowledge represent the replacement value, pursuant to 11 U.S.C. Section 506(a)(2), of the assets held for collateral.

Objections to valuation of collateral proposed by this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Est. Claim | Est. Value of Collateral | Monthly Payment | Interest Rate | Anticipated Total to Pay | Other Treatment / Remarks |
|---|---|---|---|---|---|---|
| Ally Financial 2012 Impala | $22,093.00 | $22,093.00 | Pro-Rata | 5.4% | $25,350.27 | See Attached Pro Forma |
| BMW Financial Services 2009 BMW 750 | $45,415.00 | $38,000.00 | Pro-Rata | 6% | $44,285.47 | See Attached Pro Forma |
| Chrysler Financial/TD Auto Fin 2009 Cadillac Escalade | $36,834.23 | $36,843.23 | Pro-Rata | 6% | $42,926.88 | See Attached Pro Forma |
| My Community Fcu 2006 Cadillac DTS | $5,495.00 | $12,000.00 | Pro-Rata | 6% | $6,403.88 | See Attached Pro Forma |
| Preferred Credit Inc Kirby Vacum Cleaner | $1,994.00 | $1,000.00 | Pro-Rata | 0% | $1,000.00 | See Attached Pro Forma |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

Rev. 10/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Lionel Tewayne Jones**   Case No. **14-70112**

Debtor(s)   Chapter 13 Proceeding

# DEBTOR(S)' CHAPTER 13 PLAN  ☐ AMENDED PLAN
# AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

| | | | | | |
|---|---|---|---|---|---|
| Weisfield Jewelers/Sterling Je Watches and jewelry | $6,441.00 | $2,000.00 | Pro-Rata | 6% | $2,330.77 See Attached Pro Forma |
| Wells Fargo Financial Furniture | $6,000.00 | $3,000.00 | Pro-Rata | 5% | $3,406.92 See Attached Pro Forma. |

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under 11 U.S.C. Section 1328. In addition, if this case is dismissed or converted without completion of the Plan, such liens shall also be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

D. Priority Creditors

| Creditor | Estimated Amount of Debt | Payment Method: 1. Before 2. After 3. Along with secured creditors | Remarks |
|---|---|---|---|
| Internal Revenue Service | $7,000.00 | Along With | See Attached Pro Forma |

E. General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed):

Unless otherwise provided below, payments to creditors with allowed general unsecured claims shall be made on a pro rata basis as funds become available after payment of other creditors. It is estimated that distribution to the general unsecured creditors will commence in the **57th** month of the Plan.

F. Cure claims on Assumed Executory Contracts, Contracts for Deed & Leases:

| Creditor | Estimated Amount of Debt | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|

**TOTALS:**

| | |
|---|---|
| Administrative Claims | **$2,250.00** |
| Arrearage Claims | **$2,413.00** |
| Secured Claims | **$108,422.23** |
| Priority Claims | **$7,000.00** |
| Unsecured Claims | **$39,493.00** |
| Cure Claims | **$0.00** |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

Rev. 10/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Lionel Tewayne Jones**　　　　　　　　　　　　　Case No. **14-70112**

　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN　　☐ AMENDED PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 3*

---

G. Supplemental Plan Provisions

(1). **MOTION TO AVOID LIENS UNDER 11 U.S.C. SECTION 522(f):**

Debtor moves to avoid the following liens that impair exemptions. Objections to Lien Avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section III(2)(E).

*Debtor must list the specific exempt property said lien impairs and the basis of the lien, e.g., judicial, nonpurchase-money security interest, etc.*

| Creditor / Property Subject to Lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
|  |  |  |

(2). Secured claims not otherwise provided for herein:

In the event a creditor timely files a proof of claim that evidences a perfected security interest in collateral, which claim and collateral were not dealt with elsewhere herein, the collateral shall be deemed valued by the Court and the claim shall be paid at the amount set forth in the Trustee's Recommendation Concerning Claims, unless a response is timely filed to such Recommendation. The interest rate to be paid on any such claim shall be ____**4**____% per annum.

(3). The following additional Supplemental Plan Provisions:
**None.**

## IV. General Information

**NOTICE:** Local Rule 3002 provides, in part:

*"Every Creditor filing a Proof of Claim in all cases shall transmit a copy with attachments, if any, to the Debtor's Attorney (or the Debtor, if the Debtor is pro se) and the Trustee appointed in the case."*

A. Use of the singular word "Debtor" in this Plan includes the plural in a joint case.

B. Creditors are hereby notified that WITHOUT FURTHER NOTICE the Plan may be amended in the Meeting of Creditors. Any amendment may affect your status as a creditor. Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information is an attempt to advise creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other actions as may be appropriate under the circumstances.

C. For information on deadlines for filing proofs of claims, creditors are referred to the Federal Rules of Bankruptcy Procedure, the local bankruptcy rules for the Western District of Texas, and the Standing Order for Chapter 13 Case Administration in this Division.

D. The deadline for the filing of objections to confirmation is ten (10) days prior to the confirmation hearing. More detailed information is on file at the office of the United States Bankruptcy Clerk in Midland, Texas. Local bankruptcy rules and the Standing Order for Chapter 13 Case Administration are available at the United States Bankruptcy Clerk's office and online at www.txwb.uscourts.gov.

Rev. 10/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Lionel Tewayne Jones**             Case No. **14-70112**

Debtor(s)                                    Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN    ☐ AMENDED PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

---

Respectfully submitted this date: __11/21/2014_____.


__/s/ Lionel Tewayne Jones_____
Lionel Tewayne Jones
602 Wagner Drive
Midland, TX 79706
(Debtor)



__/s/ Alvaro Martinez, Jr._____
Alvaro Martinez, Jr.
1703 N. Big Spring
Midland, TX 79701
Phone: (432) 570-0056 / Fax: (432) 570-0060
(Attorney for Debtor)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Lionel Tewayne Jones**             CASE NO **14-70112**

*Debtor(s)*             CHAPTER **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 1 | $2,000.00 | 21 | $3,000.00 | 41 | $3,000.00 |
| 2 | $1,795.00 | 22 | $3,000.00 | 42 | $3,000.00 |
| 3 | $1,795.00 | 23 | $3,000.00 | 43 | $3,000.00 |
| 4 | $1,795.00 | 24 | $3,000.00 | 44 | $3,000.00 |
| 5 | $1,795.00 | 25 | $3,000.00 | 45 | $3,000.00 |
| 6 | $1,795.00 | 26 | $3,000.00 | 46 | $3,000.00 |
| 7 | $1,795.00 | 27 | $3,000.00 | 47 | $3,000.00 |
| 8 | $1,795.00 | 28 | $3,000.00 | 48 | $3,000.00 |
| 9 | $1,795.00 | 29 | $3,000.00 | 49 | $3,000.00 |
| 10 | $1,795.00 | 30 | $3,000.00 | 50 | $3,000.00 |
| 11 | $1,795.00 | 31 | $3,000.00 | 51 | $3,000.00 |
| 12 | $1,795.00 | 32 | $3,000.00 | 52 | $3,000.00 |
| 13 | $2,500.00 | 33 | $3,000.00 | 53 | $3,000.00 |
| 14 | $2,500.00 | 34 | $3,000.00 | 54 | $3,000.00 |
| 15 | $2,500.00 | 35 | $3,000.00 | 55 | $3,000.00 |
| 16 | $2,500.00 | 36 | $3,000.00 | 56 | $3,000.00 |
| 17 | $2,500.00 | 37 | $3,000.00 | 57 | $3,000.00 |
| 18 | $2,500.00 | 38 | $3,000.00 | 58 | $3,000.00 |
| 19 | $3,000.00 | 39 | $3,000.00 | 59 | $3,000.00 |
| 20 | $3,000.00 | 40 | $3,000.00 | 60 | $3,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Lionel Tewayne Jones**                                CASE NO. **14-70112**
                    *Debtor*

                                                                                    CHAPTER **13**
                    *Joint Debtor*

**CERTIFICATE OF SERVICE**

_____

I, the undersigned, hereby certify that on November 21, 2014, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

/s/ Alvaro Martinez, Jr.
Alvaro Martinez, Jr.
Bar ID:24032576
Martinez Law Firm
1703 N. Big Spring
Midland, TX 79701
(432) 570-0056

_____

| | | |
|---|---|---|
| Ace Cash Express<br>808 S. Big Spring<br>Midland, TX 79701 | BMW Financial Services<br>xxxxxx0604<br>Attn: Bankruptcy Department<br>PO Box 3608<br>Dublin, OH 43016 | Chrysler Financial/TD Auto Finance<br>xxxxxx9101<br>Attn: Bankruptcy Dept<br>PO Box 551080<br>Jacksonville, FL 32255 |
| Ace Cash Express<br>5115 W Wadley Ave<br>Midland, TX 79707 | Cap1/frnrw<br>xxxxxxxxxx3891<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | Edfinancial Svcs<br>xxx3339<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922 |
| Ally Financial<br>xxxxxxxx6553<br>200 Renaissance Ctr<br>Detroit, MI 48243 | Capital 1 Bank<br>xxxxxxxxxxx0383<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130 | Edfinancial Svcs<br>xxx3439<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922 |
| Attorney General of the U.S.<br>Main Justice Bldg, Room 5111<br>10th & Constitution Ave, N.W.<br>Washington, DC 20530 | Cash N Go<br>7755 Montgomery Road, Suite 400<br>Cincinnati, OH 45236 | Equifax<br>Attn: Dispute Resolution Department<br>P.O. Box 105873<br>Atlanta, GA 30348 |
| Bk Of Amer<br>xxxxxxxxxx0203<br>Po Box 982235<br>El Paso, TX 79998 | Cash N Go<br>4706 N Midkiff Rd<br>79707 | Experian<br>Attn: Legal Department<br>PO Box 1240<br>Allen, TX 75013 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Lionel Tewayne Jones**                            CASE NO. **14-70112**
_Debtor_

                                                           CHAPTER **13**
_Joint Debtor_

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

| | | |
|---|---|---|
| Gary Norwood<br>PO Box 2331<br>Midland, TX 79702-2331 | Lionel Tewayne Jones<br>602 Wagner Drive<br>Midland, TX 79706 | Rise<br>xxxx3363<br>4150 International<br>Fort Worth, TX 76109 |
| Gateway Mortgage Grp<br>xxxxxxxxx2333<br>6910 E 14th St<br>Tulsa, OK 74112 | Michael J. Schroeder, P.C.<br>3610 North Josey Lane, Suite 206<br>Carrollton, TX 75007 | Sams Club / GEMB<br>xxxxxxxxxxx7062<br>Attention: Bankruptcy Department<br>PO box 103104<br>Roswell, GA 30076 |
| GECRB/Lowes<br>xxxxxxxxxxx1838<br>Attention: Bankruptcy Department<br>PO Box 103104<br>Roswell, GA 30076 | My Community Fcu<br>xxxxxxxxxxx1362<br>600 W Louisiana Ave<br>Midland, TX 79701 | State Comptroller of Public Accts<br>Revenue Acct Div/Bankruptcy<br>P.O.Box 13528<br>Austin, TX 78711 |
| Grplndg<br>xxxx9872<br>7490 Us Highway 17<br>Red Rock, OK 74651 | Office of the Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas Employment Commission<br>TEC Building-Bankruptcy<br>101 East 15th. Street<br>Austin, Texas 78778 |
| Internal Revenue Service<br>PO Box 21125<br>Philadelphia, PA 19114 | Plain Green<br>xxxx2787<br>93 Mack Road Suite<br>Box Elder, MT 59521 | The Cash Store<br>1220 North Midkiff Rd.<br>Midland, TX 79701 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA 19114 | Preferred Credit Inc<br>xxx7590<br>PO Box 1970<br>St Cloud, MN 56302 | TransUnion<br>Attn: Dispute Resolution Department<br>PO Box 2000<br>Chester, PA 19022-2000 |
| Linebarger Goggan<br>Blair & Sampson LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | Prfrd Cus Ac<br>xxxxxxxxxx8552<br>Po Box 94498<br>Las Vegas, NV 89193 | Weisfield Jewelers/Sterling Jewelers Inc<br>xxxxxx5979<br>Attn: Bankruptcy<br>PO Box 1799<br>Akron, OH 44309 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Lionel Tewayne Jones**                CASE NO. **14-70112**
*Debtor*

                                             CHAPTER     **13**
*Joint Debtor*

**CERTIFICATE OF SERVICE**
(Continuation Sheet #2)

Wells Fargo Financial
4137 121st Street
Urbandale, IA 50323

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

IN RE: **Lionel Tewayne Jones, Debtor**     CASE NO **14-70112**

CHAPTER **13**

## PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---|---|---|---|---|---|---|---|---|
| Ally Financial | $22,093.00 | 5.40% | $3,257.27 | $331.20 | $297.30 | $297.33 | $297.37 | $297.41 | $297.45 |
| Alvaro Martinez, Jr. | $2,250.00 | 0.00% | $0.00 | $33.58 | $30.01 | $29.88 | $29.75 | $29.62 | $29.49 |
| BMW Financial Services | $38,000.00 | 6.00% | $6,285.47 | $569.96 | $511.86 | $512.19 | $512.51 | $512.83 | $513.15 |
| Chrysler Financial/TD Auto Fin | $36,834.23 | 6.00% | $6,092.65 | $552.48 | $496.16 | $496.47 | $496.79 | $497.10 | $497.41 |
| Gateway Mortgage Grp | $2,413.00 | 0.00% | $0.00 | $36.01 | $32.18 | $32.04 | $31.90 | $31.77 | $31.63 |
| Internal Revenue Service | $7,000.00 | 0.00% | $0.00 | $104.47 | $93.35 | $92.95 | $92.55 | $92.14 | $91.74 |
| My Community Fcu | $5,495.00 | 6.00% | $908.88 | $82.42 | $74.02 | $74.06 | $74.11 | $74.16 | $74.20 |
| Preferred Credit Inc | $1,000.00 | 0.00% | $0.00 | $14.92 | $13.34 | $13.28 | $13.22 | $13.16 | $13.11 |
| Weisfield Jewelers/Sterling Je | $2,000.00 | 6.00% | $330.77 | $30.00 | $26.94 | $26.96 | $26.97 | $26.99 | $27.01 |
| Wells Fargo Financial | $3,000.00 | 5.00% | $406.92 | $44.96 | $40.34 | $40.34 | $40.33 | $40.32 | $40.31 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,000.00 | $1,795.00 | $1,795.00 | $1,795.00 | $1,795.00 | $1,795.00 |
| NEW BALANCE: | | | | $2,000.00 | $1,795.00 | $1,795.00 | $1,795.00 | $1,795.00 | $1,795.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,800.00** | **$1,615.50** | **$1,615.50** | **$1,615.50** | **$1,615.50** | **$1,615.50** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $200.00 | $179.50 | $179.50 | $179.50 | $179.50 | $179.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---|---|---|---|---|---|---|---|---|
| Ally Financial | $22,093.00 | 5.40% | $3,257.27 | $297.49 | $297.53 | $297.56 | $297.59 | $297.64 | $297.65 |
| Alvaro Martinez, Jr. | $2,250.00 | 0.00% | $0.00 | $29.36 | $29.23 | $29.10 | $28.98 | $28.85 | $28.73 |
| BMW Financial Services | $38,000.00 | 6.00% | $6,285.47 | $513.47 | $513.79 | $514.11 | $514.43 | $514.74 | $515.06 |
| Chrysler Financial/TD Auto Fin | $36,834.23 | 6.00% | $6,092.65 | $497.72 | $498.03 | $498.34 | $498.65 | $498.95 | $499.26 |
| Gateway Mortgage Grp | $2,413.00 | 0.00% | $0.00 | $31.49 | $31.35 | $31.21 | $31.08 | $30.94 | $30.81 |
| Internal Revenue Service | $7,000.00 | 0.00% | $0.00 | $91.34 | $90.94 | $90.55 | $90.15 | $89.76 | $89.37 |
| My Community Fcu | $5,495.00 | 6.00% | $908.88 | $74.25 | $74.30 | $74.34 | $74.39 | $74.44 | $74.48 |
| Preferred Credit Inc | $1,000.00 | 0.00% | $0.00 | $13.05 | $12.99 | $12.94 | $12.88 | $12.82 | $12.77 |
| Weisfield Jewelers/Sterling Je | $2,000.00 | 6.00% | $330.77 | $27.03 | $27.05 | $27.06 | $27.07 | $27.09 | $27.11 |
| Wells Fargo Financial | $3,000.00 | 5.00% | $406.92 | $40.30 | $40.29 | $40.29 | $40.28 | $40.27 | $40.26 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,795.00 | $1,795.00 | $1,795.00 | $1,795.00 | $1,795.00 | $1,795.00 |
| NEW BALANCE: | | | | $1,795.00 | $1,795.00 | $1,795.00 | $1,795.00 | $1,795.00 | $1,795.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,615.50** | **$1,615.50** | **$1,615.50** | **$1,615.50** | **$1,615.50** | **$1,615.50** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $179.50 | $179.50 | $179.50 | $179.50 | $179.50 | $179.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---|---|---|---|---|---|---|---|---|
| Ally Financial | $22,093.00 | 5.40% | $3,257.27 | $414.63 | $414.67 | $414.72 | $414.75 | $414.79 | $414.85 |
| Alvaro Martinez, Jr. | $2,250.00 | 0.00% | $0.00 | $39.83 | $39.66 | $39.49 | $39.31 | $39.14 | $38.97 |
| BMW Financial Services | $38,000.00 | 6.00% | $6,285.47 | $717.79 | $718.23 | $718.66 | $719.10 | $719.53 | $719.96 |
| Chrysler Financial/TD Auto Fin | $36,834.23 | 6.00% | $6,092.65 | $695.77 | $696.19 | $696.61 | $697.04 | $697.46 | $697.87 |
| Gateway Mortgage Grp | $2,413.00 | 0.00% | $0.00 | $42.72 | $42.53 | $42.35 | $42.16 | $41.98 | $41.79 |
| Internal Revenue Service | $7,000.00 | 0.00% | $0.00 | $123.92 | $123.38 | $122.84 | $122.31 | $121.77 | $121.24 |
| My Community Fcu | $5,495.00 | 6.00% | $908.88 | $103.86 | $103.86 | $103.92 | $103.99 | $104.05 | $104.11 |
| Preferred Credit Inc | $1,000.00 | 0.00% | $0.00 | $17.70 | $17.63 | $17.55 | $17.47 | $17.40 | $17.32 |
| Weisfield Jewelers/Sterling Je | $2,000.00 | 6.00% | $330.77 | $37.78 | $37.80 | $37.83 | $37.85 | $37.87 | $37.89 |
| Wells Fargo Financial | $3,000.00 | 5.00% | $406.92 | $56.06 | $56.05 | $56.03 | $56.02 | $56.01 | $56.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| NEW BALANCE: | | | | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$2,250.00** | **$2,250.00** | **$2,250.00** | **$2,250.00** | **$2,250.00** | **$2,250.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---|---|---|---|---|---|---|---|---|
| Ally Financial | $22,093.00 | 5.40% | $3,257.27 | $497.86 | $497.92 | $497.96 | $498.01 | $498.05 | $498.11 |
| Alvaro Martinez, Jr. | $2,250.00 | 0.00% | $0.00 | $46.56 | $46.35 | $46.15 | $45.95 | $45.75 | $45.54 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Lionel Tewayne Jones, Debtor**   CASE NO **14-70112**

CHAPTER **13**

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| BMW Financial Services | $38,000.00 | 6.00% | $6,285.47 | $864.47 | $864.99 | $865.50 | $866.01 | $866.52 | $867.03 |
| Chrysler Financial/TD Auto Fin | $36,834.23 | 6.00% | $6,092.65 | $837.95 | $838.45 | $838.95 | $839.44 | $839.94 | $840.43 |
| Gateway Mortgage Grp | $2,413.00 | 0.00% | $0.00 | $49.93 | $49.71 | $49.49 | $49.28 | $49.06 | $48.84 |
| Internal Revenue Service | $7,000.00 | 0.00% | $0.00 | $144.85 | $144.21 | $143.58 | $142.95 | $142.32 | $141.70 |
| My Community Fcu | $5,495.00 | 6.00% | $908.88 | $125.01 | $125.08 | $125.16 | $125.23 | $125.31 | $125.38 |
| Preferred Credit Inc | $1,000.00 | 0.00% | $0.00 | $20.69 | $20.60 | $20.51 | $20.42 | $20.33 | $20.24 |
| Weisfield Jewelers/Sterling Je | $2,000.00 | 6.00% | $330.77 | $45.50 | $45.53 | $45.55 | $45.58 | $45.60 | $45.63 |
| Wells Fargo Financial | $3,000.00 | 5.00% | $406.92 | $67.18 | $67.16 | $67.15 | $67.13 | $67.12 | $67.10 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| NEW BALANCE: | | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Ally Financial | $22,093.00 | 5.40% | $3,257.27 | $498.13 | $498.19 | $498.22 | $498.27 | $498.31 | $498.34 |
| Alvaro Martinez, Jr. | $2,250.00 | 0.00% | $0.00 | $45.35 | $45.15 | $44.95 | $44.75 | $44.55 | $44.36 |
| BMW Financial Services | $38,000.00 | 6.00% | $6,285.47 | $867.54 | $868.04 | $868.55 | $869.05 | $869.55 | $870.05 |
| Chrysler Financial/TD Auto Fin | $36,834.23 | 6.00% | $6,092.65 | $840.92 | $841.41 | $841.90 | $842.39 | $842.88 | $843.36 |
| Gateway Mortgage Grp | $2,413.00 | 0.00% | $0.00 | $48.63 | $48.42 | $48.20 | $47.99 | $47.78 | $47.57 |
| Internal Revenue Service | $7,000.00 | 0.00% | $0.00 | $141.08 | $140.45 | $139.84 | $139.22 | $138.61 | $138.00 |
| My Community Fcu | $5,495.00 | 6.00% | $908.88 | $125.45 | $125.52 | $125.60 | $125.67 | $125.74 | $125.82 |
| Preferred Credit Inc | $1,000.00 | 0.00% | $0.00 | $20.16 | $20.07 | $19.98 | $19.89 | $19.80 | $19.71 |
| Weisfield Jewelers/Sterling Je | $2,000.00 | 6.00% | $330.77 | $45.66 | $45.68 | $45.71 | $45.74 | $45.76 | $45.79 |
| Wells Fargo Financial | $3,000.00 | 5.00% | $406.92 | $67.08 | $67.07 | $67.05 | $67.03 | $67.02 | $67.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| NEW BALANCE: | | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Ally Financial | $22,093.00 | 5.40% | $3,257.27 | $498.39 | $498.42 | $498.46 | $498.49 | $498.52 | $498.56 |
| Alvaro Martinez, Jr. | $2,250.00 | 0.00% | $0.00 | $44.16 | $43.97 | $43.77 | $43.58 | $43.39 | $43.19 |
| BMW Financial Services | $38,000.00 | 6.00% | $6,285.47 | $870.55 | $871.04 | $871.54 | $872.03 | $872.53 | $873.02 |
| Chrysler Financial/TD Auto Fin | $36,834.23 | 6.00% | $6,092.65 | $843.85 | $844.32 | $844.80 | $845.28 | $845.76 | $846.24 |
| Gateway Mortgage Grp | $2,413.00 | 0.00% | $0.00 | $47.36 | $47.15 | $46.95 | $46.74 | $46.53 | $46.32 |
| Internal Revenue Service | $7,000.00 | 0.00% | $0.00 | $137.39 | $136.79 | $136.18 | $135.58 | $134.98 | $134.39 |
| My Community Fcu | $5,495.00 | 6.00% | $908.88 | $125.88 | $125.96 | $126.03 | $126.10 | $126.17 | $126.24 |
| Preferred Credit Inc | $1,000.00 | 0.00% | $0.00 | $19.63 | $19.54 | $19.45 | $19.37 | $19.29 | $19.20 |
| Weisfield Jewelers/Sterling Je | $2,000.00 | 6.00% | $330.77 | $45.82 | $45.84 | $45.87 | $45.90 | $45.92 | $45.95 |
| Wells Fargo Financial | $3,000.00 | 5.00% | $406.92 | $66.98 | $66.97 | $66.95 | $66.93 | $66.91 | $66.89 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| NEW BALANCE: | | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Ally Financial | $22,093.00 | 5.40% | $3,257.27 | $498.59 | $498.62 | $498.65 | $498.68 | $498.71 | $498.74 |
| Alvaro Martinez, Jr. | $2,250.00 | 0.00% | $0.00 | $43.00 | $42.82 | $42.63 | $42.44 | $42.25 | $42.06 |
| BMW Financial Services | $38,000.00 | 6.00% | $6,285.47 | $873.51 | $873.99 | $874.48 | $874.96 | $875.45 | $875.93 |
| Chrysler Financial/TD Auto Fin | $36,834.23 | 6.00% | $6,092.65 | $846.71 | $847.18 | $847.65 | $848.13 | $848.59 | $849.06 |
| Gateway Mortgage Grp | $2,413.00 | 0.00% | $0.00 | $46.12 | $45.92 | $45.72 | $45.51 | $45.31 | $45.11 |
| Internal Revenue Service | $7,000.00 | 0.00% | $0.00 | $133.80 | $133.20 | $132.61 | $132.03 | $131.44 | $130.86 |
| My Community Fcu | $5,495.00 | 6.00% | $908.88 | $126.31 | $126.38 | $126.45 | $126.52 | $126.59 | $126.66 |
| Preferred Credit Inc | $1,000.00 | 0.00% | $0.00 | $19.11 | $19.03 | $18.95 | $18.86 | $18.78 | $18.69 |
| Weisfield Jewelers/Sterling Je | $2,000.00 | 6.00% | $330.77 | $45.97 | $46.00 | $46.02 | $46.05 | $46.08 | $46.10 |
| Wells Fargo Financial | $3,000.00 | 5.00% | $406.92 | $66.88 | $66.86 | $66.84 | $66.82 | $66.80 | $66.79 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Lionel Tewayne Jones, Debtor**  CASE NO **14-70112**

CHAPTER **13**

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| NEW BALANCE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---|---|---|---|---|---|---|---|---|
| Ally Financial | $22,093.00 | 5.40% | $3,257.27 | $498.76 | $498.79 | $498.81 | $498.83 | $498.84 | $498.88 |
| Alvaro Martinez, Jr. | $2,250.00 | 0.00% | $0.00 | $41.88 | $41.69 | $41.50 | $41.32 | $41.14 | $40.95 |
| BMW Financial Services | $38,000.00 | 6.00% | $6,285.47 | $876.41 | $876.89 | $877.37 | $877.85 | $878.32 | $878.80 |
| Chrysler Financial/TD Auto Fin | $36,834.23 | 6.00% | $6,092.65 | $849.52 | $849.99 | $850.45 | $850.92 | $851.38 | $851.83 |
| Gateway Mortgage Grp | $2,413.00 | 0.00% | $0.00 | $44.91 | $44.71 | $44.51 | $44.31 | $44.12 | $43.92 |
| Internal Revenue Service | $7,000.00 | 0.00% | $0.00 | $130.28 | $129.70 | $129.13 | $128.56 | $127.99 | $127.42 |
| My Community Fcu | $5,495.00 | 6.00% | $908.88 | $126.73 | $126.80 | $126.87 | $126.94 | $127.01 | $127.08 |
| Preferred Credit Inc | $1,000.00 | 0.00% | $0.00 | $18.61 | $18.53 | $18.45 | $18.36 | $18.28 | $18.20 |
| Weisfield Jewelers/Sterling Je | $2,000.00 | 6.00% | $330.77 | $46.13 | $46.15 | $46.18 | $46.20 | $46.23 | $46.25 |
| Wells Fargo Financial | $3,000.00 | 5.00% | $406.92 | $66.77 | $66.75 | $66.73 | $66.71 | $66.69 | $66.67 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| NEW BALANCE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---|---|---|---|---|---|---|---|---|
| Ally Financial | $22,093.00 | 5.40% | $3,257.27 | $498.90 | $498.92 | $498.93 | $498.94 | $498.97 | $498.98 |
| Alvaro Martinez, Jr. | $2,250.00 | 0.00% | $0.00 | $40.77 | $40.59 | $40.41 | $40.23 | $40.05 | $39.88 |
| BMW Financial Services | $38,000.00 | 6.00% | $6,285.47 | $879.27 | $879.74 | $880.21 | $880.68 | $881.14 | $881.61 |
| Chrysler Financial/TD Auto Fin | $36,834.23 | 6.00% | $6,092.65 | $852.29 | $852.75 | $853.20 | $853.66 | $854.11 | $854.56 |
| Gateway Mortgage Grp | $2,413.00 | 0.00% | $0.00 | $43.73 | $43.53 | $43.34 | $43.15 | $42.96 | $42.76 |
| Internal Revenue Service | $7,000.00 | 0.00% | $0.00 | $126.85 | $126.29 | $125.73 | $125.17 | $124.61 | $124.06 |
| My Community Fcu | $5,495.00 | 6.00% | $908.88 | $127.15 | $127.21 | $127.29 | $127.35 | $127.41 | $127.48 |
| Preferred Credit Inc | $1,000.00 | 0.00% | $0.00 | $18.12 | $18.04 | $17.96 | $17.88 | $17.81 | $17.72 |
| Weisfield Jewelers/Sterling Je | $2,000.00 | 6.00% | $330.77 | $46.27 | $46.30 | $46.32 | $46.35 | $46.37 | $46.40 |
| Wells Fargo Financial | $3,000.00 | 5.00% | $406.92 | $66.65 | $66.63 | $66.61 | $66.59 | $66.57 | $66.55 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| NEW BALANCE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** | **$2,700.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---|---|---|---|---|---|---|---|---|
| Ally Financial | $22,093.00 | 5.40% | $3,257.27 | $498.99 | $499.01 | $313.59 | $0.00 | $0.00 | $0.00 |
| Alvaro Martinez, Jr. | $2,250.00 | 0.00% | $0.00 | $39.70 | $39.52 | $24.72 | $0.00 | $0.00 | $0.00 |
| BMW Financial Services | $38,000.00 | 6.00% | $6,285.47 | $882.07 | $882.54 | $554.87 | $0.00 | $0.00 | $0.00 |
| Chrysler Financial/TD Auto Fin | $36,834.23 | 6.00% | $6,092.65 | $855.02 | $855.46 | $537.86 | $0.00 | $0.00 | $0.00 |
| Gateway Mortgage Grp | $2,413.00 | 0.00% | $0.00 | $42.57 | $42.38 | $26.52 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | $7,000.00 | 0.00% | $0.00 | $123.51 | $122.95 | $76.92 | $0.00 | $0.00 | $0.00 |
| My Community Fcu | $5,495.00 | 6.00% | $908.88 | $127.55 | $127.62 | $80.23 | $0.00 | $0.00 | $0.00 |
| Preferred Credit Inc | $1,000.00 | 0.00% | $0.00 | $17.64 | $17.56 | $10.99 | $0.00 | $0.00 | $0.00 |
| Weisfield Jewelers/Sterling Je | $2,000.00 | 6.00% | $330.77 | $46.42 | $46.44 | $29.21 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Financial | $3,000.00 | 5.00% | $406.92 | $66.53 | $66.52 | $41.78 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| NEW BALANCE: | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$2,700.00** | **$2,700.00** | **$1,696.69** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $1,003.31 | $2,700.00 | $2,700.00 | $2,700.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lionel** | **Tewayne** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **14-70112** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income          12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Finance Manager** | |
| **Employer's name** | **Lithia** | |
| **Employer's address** | **4100 W. Wall Street**<br>Number Street | Number Street |
| | **Midland     TX    79703**<br>City     State   Zip Code | City     State   Zip Code |
| **How long employed there?** | **5 years** | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $7,743.61 | |
| **3.** | **Estimate and list monthly overtime pay.** | 3. + $0.00 | |
| **4.** | **Calculate gross income.** Add line 2 + line 3. | 4.   $7,743.61 | |

Official Form B 6I                           Schedule I: Your Income                             page 1

Debtor 1  **Lionel**     **Tewayne**     **Jones**              Case number (if known) **14-70112**
First Name   Middle Name   Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here → | 4. | **$7,743.61** | |
| **5. List all payroll deductions:** | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | **$589.06** | |
| 5b. Mandatory contributions for retirement plans | 5b. | **$0.00** | |
| 5c. Voluntary contributions for retirement plans | 5c. | **$0.00** | |
| 5d. Required repayments of retirement fund loans | 5d. | **$0.00** | |
| 5e. Insurance | 5e. | **$590.63** | |
| 5f. Domestic support obligations | 5f. | **$0.00** | |
| 5g. Union dues | 5g. | **$0.00** | |
| 5h. Other deductions. Specify: **See continuation sheet** | 5h.+ | **$209.14** | |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$1,388.83** | |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$6,354.78** | |
| **8. List all other income regularly received:** | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | **$0.00** | |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | **$0.00** | |
| 8e. Social Security | 8e. | **$0.00** | |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | **$0.00** | |
| 8g. Pension or retirement income | 8g. | **$0.00** | |
| 8h. Other monthly income. Specify: **Father and Brother's Contribution** | 8h.+ | **$1,200.00** | |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$1,200.00** | |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$7,554.78** + _____ = **$7,554.78** | |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. + **$0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.   12. **$7,554.78**
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☑ No.    **None.**
☐ Yes. Explain:

Official Form B 6I                          **Schedule I: Your Income**                          page 2

Debtor 1  **Lionel**        **Tewayne**         **Jones**                                  Case number (if known)  **14-70112**
    First Name      Middle Name      Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **5h.** | **Other Payroll Deductions (details)** |  |  |
|  | **Disability** | $49.89 |  |
|  | **Life Ins** | $35.45 |  |
|  | **Eye & Dental** | $86.42 |  |
|  | **Acc Death** | $22.99 |  |
|  | **Critical Health** | $14.39 |  |
|  | Totals: | $209.14 |  |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lionel** | **Tewayne** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **14-70112** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☒ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
    ☐ No
    ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**  ☒ No
   Do not list Debtor 1 and    ☐ Yes. Fill out this information for each dependent..............
   Debtor 2.

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)**

**Your expenses**

**4. The rental or home ownership expenses for your residence.**    4.  **$1,712.00**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes                                          4a. _____
   4b. Property, homeowner's, or renter's insurance               4b. _____
   4c. Home maintenance, repair, and upkeep expenses              4c. _____
   4d. Homeowner's association or condominium dues                4d. _____

Debtor 1 __**Lionel**_____ __**Tewayne**_____ __**Jones**_____ Case number (if known) __**14-70112**_____
          First Name         Middle Name        Last Name

                                                               **Your expenses**

**5.** **Additional mortgage payments for your residence,** such as home equity loans     5. _____

**6.** **Utilities:**

    6a. Electricity, heat, natural gas     6a. **$250.00**

    6b. Water, sewer, garbage collection     6b. **$125.00**

    6c. Telephone, cell phone, Internet, satellite, and cable services     6c. **$250.00**

    6d. Other. Specify: __**Cell Phone**__     6d. **$250.00**

**7.** **Food and housekeeping supplies**     7. **$500.00**

**8.** **Childcare and children's education costs**     8. **$50.00**

**9.** **Clothing, laundry, and dry cleaning**     9. **$100.00**

**10.** **Personal care products and services**     10. _____

**11.** **Medical and dental expenses**     11. **$100.00**

**12.** **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.     12. **$300.00**

**13.** **Entertainment, clubs, recreation, newspapers, magazines, and books**     13. **$100.00**

**14.** **Charitable contributions and religious donations**     14. _____

**15.** **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a. Life insurance     15a. _____

    15b. Health insurance     15b. _____

    15c. Vehicle insurance     15c. **$200.00**

    15d. Other insurance. Specify: _____     15d. _____

**16.** **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____     16. _____

**17.** **Installment or lease payments:**

    17a. Car payments for Vehicle 1     17a. _____

    17b. Car payments for Vehicle 2     17b. _____

    17c. Other. Specify: _____     17c. _____

    17d. Other. Specify: _____     17d. _____

**18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**     18. **$1,822.00**

    **Child Support**

**19.** **Other payments you make to support others who do not live with you.**
Specify: _____     19. _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a. Mortgages on other property     20a. _____

    20b. Real estate taxes     20b. _____

    20c. Property, homeowner's, or renter's insurance     20c. _____

    20d. Maintenance, repair, and upkeep expenses     20d. _____

    20e. Homeowner's association or condominium dues     20e. _____

**21.** **Other.** Specify: _____     21. **+** _____

Debtor 1 **Lionel** **Tewayne** **Jones**      Case number (if known) **14-70112**
First Name     Middle Name     Last Name

**22. Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.     22. **$5,759.00**

**23. Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.     23a. **$7,554.78**

23b. Copy your monthly expenses from line 22 above.     23b. – **$5,759.00**

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.     23c. **$1,795.78**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

Official Form B 6J     **Schedule J: Your Expenses**     page 3